IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HRATCH Y. BABIKIAN,

                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, L.L.C.,
EQUIFAX, INC., AND FIRST UNION BANK,

                Defendants.

Case No. 02 CV 3861

### AFFIDAVIT OF LEWIS P. PERLING IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF GEORGIA
COUNTY OF FULTON

    LEWIS P. PERLING, of full age, hereby deposes and says:

    1. I am a member of the law firm of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309.

    2. I make this Affidavit in support of the motion to admit me *pro hac vice* to appear and participate in this matter as attorney for defendants Equifax, Inc. and Equifax Information Services, LLC. I have personal knowledge of the matters set forth herein.

    3. I have been a member in good standing of the Bar of the State of Georgia since 1993. I am admitted to practice in the Supreme Court of Georgia, Court of Appeals of Georgia, the State and Superior Courts of Georgia and the United States District Court for the Northern District of Georgia.

    4. Kilpatrick Stockton LLP is associated with James W. Christie and Catherine Olanich Raymond of Christie, Parabue, Mortensen, Young, P.C., for the

ATLUB01 1389710.1

defendants in this lawsuit. That firm's offices are located at 1880 JFK Boulevard - I Oth Floor, Philadelphia, PA 19103. Mr. Christie, Ms. Olanich Raymond and their law firm are qualified to practice before this Court.

     5.     Equifax, Inc. and Equifax Information Services, LLC have requested that my firm and I represent them in the defense of this matter.

     6. It is respectfully submitted that there is good cause for my admission pro *hac vice.* This lawsuit involves issues relating to credit reporting in which both my firm and I have experience and expertise. My firm and I have established a relationship with the defendants and have represented these clients in other credit reporting matters.

     7.     1 am a member in good standing of the Bar of the State of Georgia. I have not been convicted of any crimes. I have not been censored, disciplined, suspended or disbarred by any court; nor are there any disciplinary proceedings pending against me in any court.

     8.     1 respectfully request that I be admitted to practice before the United States District Court, Eastern District of Pennsylvania for the purposes of participation in this action.

                                   Lewis P. Perling

Sworn to and subscribed before me
thisS)4A day of August, 2002. -

                           -4A

Nota4ry iPublic

                       **evto**    4
                       #A      W
                       '1    0-    --

My Commission expires:

ATLUB01 1389710.1