IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HRATCH Y. BABIKIAN, ) | |
| ) | Case No. 02 CV 3861 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES, L.L.C., ) | |
| EQUIFAX, INC., AND FIRST UNION BANK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

NOW COMES Defendants Equifax Information Services, LLC and Equifax, Inc., by their undersigned counsel, Catherine Olanich Raymond, Esq., and hereby move for the admission and appearance in this case of co-counsel, Lewis P. Perling *Pro Hac Vice*. Mr. Perling is a member in good standing of the Bar of the State of Georgia and admitted to practice in the highest court of Georgia. In addition, he is of good moral character and professional reputation. Mr. Perling agrees to abide by the ethical standards governing the practice of law in this Court. An Affidavit of Mr. Perling in support hereof is attached hereto.

Respectfully submitted this 7th day of August, 2002.

By: _____
James W. Christie, Esq.
Catherine Olanich Raymond, Esq.
Christie, Pabarue, Mortensen and Young
 A Professional Corporation
1880 JFK Boulevard - 10th Floor
Philadelphia, PA  19103
(215) 587-1600

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE, AFFIDAVIT OF LEWIS P. PERLING and PROPOSED ORDER by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

James A. Francis, Esq.
Mark D. Mailman, Esq.
Francis & Mailman
1518 Walnut Street, Suite 208
Philadelphia, PA 19102

Dated: August 7, 2002.

_____
CATHERINE OLANICH RAYMOND