IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HRATCH Y. BABIKIAN                    :            CIVIL ACTION
     Plaintiff,                              :

     v.                                          :
                                                 :
                                                 :            NO. 02-CV-3861

EQUIFAX INFORMATION SERVICES, LLC
     Defendant

## SCHEDULING O R D E R

AND NOW, this     day of August, 2002, following consultation with counsel, the

following scheduling order is adopted:

1)     Factual and Expert Discovery shall be completed by February 19, 2003.

2)     Dispositive Motions shall be filed by March 6, 2003.

3)     Responses to Dispositive Motions shall be filed by March 31, 2003.

4)     A final Pretrial Conference will be held on Monday, March 17, 2003 at

     9:30 a.m. in 5918 U.S. Courthouse, 601 Market Street, Philadelphia, PA.

5)     This matter will be placed in the April 2003 trial pool.

6)     An immediate Settlement Conference will be scheduled before Magistrate

     Judge Diane Welsh upon the request of the parties.  This request should be

     directed to Judge Davis.

                               _____
                               Legrome D. Davis, Judge

civil-o.frm (9/97)