IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HRATCH Y. BABIKIAN**<br>　　　　Plaintiff, | :  CIVIL ACTION |
| | : |
| 　vs. | : |
| | : |
| **EQUIFAX INFORMATION SERVICES, LLC**<br>　　　　Defendant. | :  NO.  02-3861 |

NOTICE OF CANCELLATION

    Please be advised that the final pretrial conference in the above-captioned case scheduled on Monday, March 17, 2003 at 9:30 a.m. before the Honorable Legrome Davis in Room 5918 has been cancelled per the Judge's order of December 23, 2002.

                      Very truly yours,

                      _____
                      **Jessica E. Whitfield,**
                      **Deputy Clerk to Legrome D. Davis**
                      267-299-7651
                      267-299-5076 (fax)

**Copies by mail to:**
C. Raymond, Esq.
G. Bobnak, Esq.
L. Perling, Esq.

**Copies by fax to:**
M. Mailman, Esq.

**3/13/03 - JW**