IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Hratch Y. Babikian, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Equifax Information Services, LLC, et al. | : | NO. 02-CV-3861 |
| | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this      day of March 2003, the Court having granted Plaintiff's Unopposed Motion to Extend Discovery Deadline to May 18, 2003, it is hereby ORDERED and DECREED that all affected deadlines in the Scheduling Order are extended by 60 days.

BY THE COURT:


Legrome D. Davis