IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HRATCH Y. BABIKIAN | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EQUIFAX INFORMATION SERVICES, LLC | : | |
|     Defendant. | : | NO. 02-cv-3861 |

### O R D E R

AND NOW, this     day of May, 2003, IT IS HEREBY ORDERED that:

1)   The **CLERK OF THE COURT** shall **REFER** this matter to the Honorable Diane M. Welsh, United States Magistrate Judge, for a settlement conference.  The date and time of the settlement conference shall be set by Judge Welsh.

**BY THE COURT**:

_____
Legrome D. Davis, Judge

civil-o.frm (9/97)