# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HRATCH Y. BABIKIAN, ) | |
| ) | Case No. 02 CV 3861 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES, L.L.C., ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### JOINT MOTION FOR CONTINUANCE OF DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

NOW COME defendants Equifax Information Services L.L.C. ("EIS") and Equifax Inc., (collectively referred to herein as "defendants" and/or "Equifax") joined by all parties to this action, and move the Court to amend the Scheduling Order and extend the discovery and motions deadlines, showing good cause as follows:

1. The discovery period in this case is scheduled to end on May 18, 2003. Dispositive motions are due June 6, 2003. Responses to dispositive motions are due on July 1, 2003.

2. However, the case has been referred to Magistrate Judge Welsh for a settlement conference on June 9, 2003.

3. The parties wish to avoid the time and expense involved in preparing motions and taking the remaining depositions if the case can be resolved in a settlement conference.

4. The parties request that the pending deadlines be extended as follows: All discovery of any kind to be commenced in time to be completed by **June 30, 2003**. All

dispositive motions due by **July 14, 2003**.  Responses to dispositive motions due by

**August 11, 2003**.

    5.    The parties stipulate that this Joint Motion be executed via facsimile on multiple signature pages.

    Respectfully submitted, this ___ day of May, 2003,

                      EQUIFAX INFORMATION SERVICES LLC and EQUIFAX INC.

                      By: _____
                          One of their Attorneys
                          Lewis P. Perling, Esq.
                          Kilpatrick Stockton LLP
                          1100 Peachtree Street, Suite 2800
                          Atlanta, Georgia  30309
                          (404) 815-6500

Joined by:

_____
James A. Francis, Esq.
Mark D. Mailman, Esq.
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
*Attorneys for Plaintiff*

_____
Robert J. Dougher, Esq.
George S. Bodnack, Esq.
DeRESPINO & DOUGHER, P.C.
1818 Market Street, Suite 3120
Philadelphia, PA 19103
*Attorneys for First Union National Bank,*
*Wachovia Bank, NA, First Union Bank,*
*Wachovia Corp., and First Union Nation*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HRATCH Y. BABIKIAN, ) | |
| ) | Case No. 02 CV 3861 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES, L.L.C., ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For good cause shown, IT IS HEREBY ORDERED that the Joint Motion for Continuance is hereby granted and that: all discovery of any kind shall be commenced in time to be completed by **June 30, 2003**; all dispositive motions are due by **July 14, 2003**; and, responses to dispositive motions due by **August 11, 2003**.

_____
Judge, United States District Court

DATED: _____, 2003

ATLLIB01 1465039.1

| | |
|---|---|
| Filename: | 1XFH001_.DOC |
| Directory: | C:\Documents and Settings\rstarks\Local Settings\Temporary Internet Files\OLK4 |
| Template: | C:\Documents and Settings\rstarks\Application Data\Microsoft\Templates\Normal.dot |
| Title: | ATLLIB01 1465039.1 |
| Subject: | |
| Author: | KSUSER |
| Keywords: | |
| Comments: | |
| Creation Date: | 1/13/2003 10:41 AM |
| Change Number: | 6 |
| Last Saved On: | 5/14/2003 2:47 PM |
| Last Saved By: | 640 |
| Total Editing Time: | 89 Minutes |
| Last Printed On: | 5/22/2003 4:32 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 3 |
|    Number of Words: | 482 (approx.) |
|    Number of Characters: | 2,414 (approx.) |