IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HRATCH Y. BABIKIAN ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Civil Action No. 02-CV-3861 |
| EQUIFAX INFORMATION SERVICES, LLC ) | |
| and ) | |
| EQUIFAX, INC. ) | |
| and ) | |
| FIRST UNION BANK ) | |
| and ) | |
| FIRST UNION NATION ) | |
| and ) | |
| FIRST UNION NATIONAL BANK ) | |
| and ) | |
| WACHOVIA CORPORATION ) | |
| and ) | |
| WACHOVIA BANK, NATIONAL ) | |
| ASSOCIATION ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of John Soumilas, Esquire, on behalf of Plaintiff in the above-captioned matter.

                                        **Respectfully submitted,**

                                        **FRANCIS & MAILMAN, P.C.**

BY: _____
      JAMES A. FRANCIS, ESQUIRE
      MARK D. MAILMAN, ESQUIRE
      JOHN SOUMILAS, ESQUIRE
      Land Title Building, 19th Floor
      100 South Broad Street
      Philadelphia, PA  19110

Dated: June 2, 2003                             (215) 735-8600

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HRATCH Y. BABIKIAN** )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**EQUIFAX INFORMATION SERVICES, LLC** )<br>and )<br>**EQUIFAX, INC.** )<br>and )<br>**FIRST UNION BANK** )<br>and )<br>**FIRST UNION NATION** )<br>and )<br>**FIRST UNION NATIONAL BANK** )<br>and )<br>**WACHOVIA CORPORATION** )<br>and )<br>**WACHOVIA BANK, NATIONAL ASSOCIATION** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 02-CV-3861** |

## CERTIFICATE OF SERVICE

I, John Soumilas, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served by regular mail on:


George S. Bobnak, Esquire
DeRespino & Dougher
1818 Market Street
Suite 3120
Philadelphia, PA 19103

Lewis P. Perling, Esquire
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530

                                    **FRANCIS & MAILMAN, P.C.**

BY: _____
     JAMES A. FRANCIS, ESQUIRE
     MARK D. MAILMAN, ESQUIRE
     JOHN SOUMILAS, ESQUIRE
     Land Title Building, 19th Floor
     100 South Broad Street
     Philadelphia, PA  19110
     (215) 735-8600

Dated: June 2, 2003